# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Clarence and Tammy Frost, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Lowe's Companies Inc.,<br><br>Respondent. | Civ. No. 24-579 (JWB/LIB)<br><br>**ORDER FOR DISMISSAL** |

The plaintiff and Lowe's Companies, Inc. have filed a Stipulation of Dismissal (Doc. No. 10). Based on that Stipulation, Lowe's Companies, Inc. is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

**LET JUDGEMENT BE ENTERD ACCORDINGLY.**

Dated: June 20, 2024            *s/ Jerry W. Blackwell*
                               JERRY W. BLACKWELL
                               United States District Court Judge

2924879