# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Clarence and Tammy Frost, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br><br>v.<br><br>Lowe's Companies Inc.<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 24-cv-579 JWB/LIB |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Lowe's Companies, Inc. is DISMISSED WITH PREJUDICE and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

Date: 6/25/2024                                                         KATE M. FOGARTY, CLERK